**David SIMMONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 94951.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 22, 2011.

David Simmons, Bonne Terre, MO, pro se.

1. Respondent did not file a brief, but did file a motion to strike Appellant's brief and a mo-

Chris Koster, Atty. Gen., Richard A. Starnes, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, C. J., KATHIANNE KNAUP CRANE, J., and KENNETH M. ROMINES, J.

*ORDER*

PER CURIAM.

David Simmons appeals the motion court's denial of his motion to re-open rule 29.15 proceedings. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).